### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MELANIE MULLINS**                                                          **PETITIONER**
**ADC #720573**

**V.**                          **No. 3:25-cv-278-DPM-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                          **RESPONDENT**

### ORDER

Petitioner Melanie Mullins, an inmate at the McPherson Unit of the Arkansas Division of Correction, filed a petition and amended petition for habeas relief under 28 U.S.C. § 2254. *Docs. 2, 5*. Respondent asserts that Ms. Mullins' claims should be dismissed: (1) as procedurally defaulted; and (2) because they were waived by her guilty plea. *Doc. 10*.

Ms. Mullins has up to and including Thursday, April 2, 2026, to file a reply addressing the arguments in Respondent's response.

So Ordered 5 March 2026.

_____
UNITED STATES MAGISTRATE JUDGE