# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MELANIE MULLINS**                                                                  **PETITIONER**
**ADC #720573**

v.                                          No. 3:25-cv-278-DPM

**DEXTER PAYNE, Director, Arkansas**
**Division of Correction**                                          **RESPONDENT**

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 12*, and overrules Mullins's objections, *Doc. 13*. Fed. R. Civ. P. 72(b)(3). Mullins's conclusory, unsupported allegations of actual innocence aren't enough to overcome her procedural default. *Weeks v. Bowersox*, 119 F.3d 1342, 1351–55 (8th Cir. 1997) (*en banc*). Her petition and amended petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_28 May 2026_