# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MELANIE MULLINS**                                                        **PETITIONER**
**ADC #720573**

v.                                          No. 3:25-cv-278-DPM

**DEXTER PAYNE, Director, Arkansas**
**Division of Correction**                                          **RESPONDENT**

## JUDGMENT

Mullins's petition and amended petition are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

___28 May 2026___